WINBOND ELECTRONICS CORPO-
RATION and Winbond Electronics
Corporation of America, Plaintiffs–
Appellants,

and

Silicon Storage Technology,
Inc., Plaintiff,

and

Sanyo Electric Co., Ltd., Plaintiff,

v.

UNITED STATES, Defendant–Appellee,

and

Atmel Corporation, Defendant–
Appellee.

No. 01–1404.

United States Court of Appeals,
Federal Circuit.

Aug. 10, 2001.

ON MOTION

ORDER

Upon consideration of the unopposed
motion of Winbond Electronics Corpora-
tion and Winbond Electronics Corporation
of America to voluntarily dismiss their ap-
peal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) All sides shall bear their own costs.